UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20575**-CR-SCOLA/OTAZO-REYES

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

EDISON PERLAZA OROBIO,
    a/k/a "Encho,"
JEFFERSON XAVIER BRAVO ESPINOSA,
    a/k/a "Jefferson Albeiro Espinosa Macias,"
    a/k/a "Pery,"
    a/k/a "Padrino,"
EIDER BONILLA MORAN,
    a/k/a "Guapi,"
JULIO ARMANDO BELALCAZAR ESTACIO,
    a/k/a "Varon,"
    a/k/a "Cholo,"
YINA MARIA CASTANEDA BENAVIDEZ,
    a/k/a "La Reina,"
    a/k/a "Ingeniera,"
CENEIBER QUINONES JURADO,
JEFFERSON ALI SEVILLANO QUINONES,
    a/k/a "Flaco,"
ALFREDO HURTADO MARTINEZ,
ALEX ALBERTO ANGULO LASSO,
ARIEL ALBERTO ANGULO LASSO,
    a/k/a "Doble A,"
LILIANA CASTANEDA BENAVIDEZ,

    Defendants.
_____/



FILED by _____ D.C.

JUL 28 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

From at least as early as in or around April 2015, and continuing through the date of the return of this Indictment, in the countries of Colombia, Ecuador, Costa Rica, Guatemala, Mexico,

and elsewhere, the defendants,

EDISON PERLAZA OROBIO,
a/k/a "Encho,"
JEFFERSON XAVIER BRAVO ESPINOSA,
a/k/a "Jefferson Albeiro Espinosa Macias,"
a/k/a "Pery,"
a/k/a "Padrino,"
EIDER BONILLA MORAN,
a/k/a "Guapi,"
JULIO ARMANDO BELALCAZAR ESTACIO,
a/k/a "Varon,"
a/k/a "Cholo,"
YINA MARIA CASTANEDA BENAVIDEZ,
a/k/a "La Reina,"
a/k/a "Ingeniera,"
CENEIBER QUINONES JURADO,
JEFFERSON ALI SEVILLANO QUINONES,
a/k/a "Flaco,"
ALFREDO HURTADO MARTINEZ,
ALEX ALBERTO ANGULO LASSO,
ARIEL ALBERTO ANGULO LASSO,
a/k/a "Doble A,"
LILIANA CASTANEDA BENAVIDEZ,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to the defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **EDISON PERLAZA OROBIO, a/k/a "Encho," JEFFERSON XAVIER BRAVO ESPINOSA, a/k/a "Jefferson Albeiro Espinosa Macias," a/k/a "Pery," a/k/a "Padrino," EIDER BONILLA MORAN, a/k/a "Guapi," JULIO ARMANDO BELALCAZAR ESTACIO, a/k/a "Varon," a/k/a "Cholo," YINA MARIA CASTANEDA BENAVIDEZ, a/k/a "La Reina," a/k/a "Ingeniera," CENEIBER QUINONES JURADO, JEFFERSON ALI SEVILLANO QUINONES, a/k/a "Flaco," ALFREDO HURTADO MARTINEZ, ALEX ALBERTO ANGULO LASSO, ARIEL ALBERTO ANGULO LASSO, a/k/a "Doble A," LILIANA CASTANEDA BENAVIDEZ,** have an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendants shall each forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Sections 853 and 970, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20575-CR-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

EDISON PERLAZA OROBIO,
a/k/a "Encho," et al.,

Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**

**Court Division**: (Select One)   New Defendant(s) ___ Yes ___ No
Number of New Defendants ___

_X_ Miami   ___ Key West   Total number of counts ___
___ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   11-20   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days   ___                    Petty   ___
   II   6 to 10 days  ___                    Minor   ___
   III  11 to 20 days _X_                    Misdem. ___
   IV   21 to 60 days ___                    Felony  _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge:   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY
Court Number A5501892

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants Name:** Edinson Perlaza Orobio

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants Name:** Jefferson Xavier Bravo Espinosa

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants Name:** Eider Bonilla Moran

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants Name:** Julio Armando Belalcazar Estacio

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants Name:** Yina Maria Castaneda Benavidez

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendants Name:** Ceneiber Quinones Jurado

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

*Max. Penalty:     Life Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants Name:** Jefferson Ali Sevillano Quinones

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants Name:** Alfredo Hurtado Martinez

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants Name:** Alex Alberto Angulo Lasso

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants Name:** Ariel Alberto Angulo Lasso

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants Name:** Liliana Castaneda Benavidez

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**