UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20575-RNS-1

UNITED STATES OF AMERICA
    *Plaintiff,*
vs.

EDINSON PERLAZA OROBIO
    *Defendant.*
_____/

**FINAL UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, EDINSON PERLAZA OROBIO ("Mr. Perlaza's"), respectfully moves this Court for an order continuing his sentencing, currently scheduled for March 20, 2020, at 8:30 am, for 60 days or as soon thereafter as the Court deems appropriate. This will be Mr. Perlaza's final motion to continue his sentencing. In support of this motion, Mr. Perlaza states:

1. Mr. Perlaza's sentencing is, as noted above, scheduled for March 20, 2020 at 8:30am.

2. In paragraph 14 of Mr. Perlaza's plea agreement, he agreed to pay a judgment of 2 million dollars at least one week prior to his sentencing.

3. Although Mr. Perlaza has diligently attempted to pay the entire judgement, a small fraction of the judgment is yet to be paid. Progress on paying the judgment has continuously been made but due to circumstances unforeseen by either party, the **entire** judgment has not yet been paid.

4. Failure to pay the **entire** judgment by the time of sentencing would constitute a breach of the plea agreement on behalf of Mr. Perlaza.

5. There is no doubt that the entire judgment will be paid in the time sought by this motion.

6. Undersigned has conferred with Robert J. Emery, the AUSA handling this matter for the government and Mr. Emery has indicated he has no objection to the relief sought herein.

7. This motion is filed in good faith and not for purposes of delay.

8. Good cause exists for the Court to grant this motion.

WHEREFORE, Mr. Perlaza respectfully requests that this Court enter an order continuing the sentencing hearing for 60 days or as soon thereafter as the Court deems appropriate.

Respectfully Submitted,

Luis I. Guerra
1395 Brickell Ave
Suite 800
Miami, FL 33131
Telephone 305-461-3638
Facsimile 877-750-8990

By:  *s/ Luis I. Guerra*
Luis I. Guerra
Florida Bar No. 841961
luisguerrapa@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Luis I. Guerra*
Luis I. Guerra